OLIVE FARMER, and her husband, A. C. FARMER, J. A. HARNAGE, A. N. STIVENDER, C. J. BARRETT v. CITY OF LEESBURG, a Municipal Corporation under the Laws of the State of Florida.

25 So. (2nd) 380            January Term, 1946
March 19, 1946                 En Banc
Rehearing denied April 11, 1946

*Futch & Futch, T. G. Futch* and *T. G. Futch, Jr.,* for petitioners.

*Gorman & Hamlin, P. C. Gorman* and *R. P. Hamlin,* for respondent.

PER CURIAM:

The record and the briefs in this case have been examined. The facts presented and the question raised are similar to those presented in Beverly Grizzard, A. Hugh Bourlay, Jr., Katherine Butler, J. K. Willman v. The City of Leesburg, decided this date. The petition for writ of certiorari is hereby granted and the challenged order is quashed on authority of the above cited case.

It is so ordered.

CHAPMAN, C. J., TERRELL, BROWN, THOMAS, ADAMS and SEBRING, JJ., concur.

BUFORD, J., dissents.